```
McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
LEO R. MONTENEGRO
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone: (415) 977-8943
Fax: (415) 744-0134
```

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN BROWN, ) | Case No. 2:06-cv-02129-KJM |
|     Plaintiff, ) | |
|   vs. ) | STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social ) | |
| Security, ) | |
|     Defendant. ) | |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that the defendant Commissioner of Social Security shall have an extension of time of 30 days to file his cross-motion for summary judgment. This is the Commissioner's **FIRST** request for an extension of time and is due to the reassignment of cases in Defendant's attorney's office.  The current due date for the Commissioner's cross-motion is July 16, 2007.  The new due date will be August 15, 2007.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Stip & Order Re Ext of D's Time, 2:06-cv-02129-KJM          Page 1

| | | |
|---|---|---|
|1| | |
|2|DATE:   7/11/07|/s/ Bess M. Brewer (as authorized by phone and by e-mail)|
|3| |BESS M. BREWER|
| | |Attorney at Law|
|4| | |
| | |Attorney for Plaintiff|
|5| | |
|6|DATE:   7/12/07|McGREGOR W. SCOTT|
| | |United States Attorney|
|7| |LUCILLE GONZALES MEIS|
| | |Regional Chief Counsel, Region IX|
|8| | |
| | |By: /s/ Leo R. Montenegro|
|9| |LEO R. MONTENEGRO|
| | |Special Assistant U.S. Attorney|

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

DATED: July 27, 2007.

_____
U.S. MAGISTRATE JUDGE

Stip & Order Re Ext of D's Time, 2:06-cv-02129-KJM                                Page 2