EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| KAREN BROWN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security, )<br>)<br>Defendant. )<br>_____ ) | CIVIL NO. 2:06-CV-2129-KJM<br><br>ORDER AWARDING ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT |

Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act Fees ("Stipulation"),

IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney's fees under the Equal Access to Justice Act ("EAJA"), in the amount of SIX THOUSAND FIVE HUNDRED DOLLARS and no/cents ($6,500.00), as authorized by 28 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

DATED: July 2, 2008.

_____
U.S. MAGISTRATE JUDGE

1